**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 96-4204

Susan Romeo Joelson,                              *
                                                  *
        Appellant,                       *
                                                  *  Appeal from the United States
    v.                                      *  District Court for the
                                                  *  District of Minnesota
Seagate Technology, Inc.; Brendan                 *
C. Hegarty, sued as Brenden                       *         (UNPUBLISHED)
Hegarty,                                          *
                                                  *
        Appellees.                       

————————

Submitted: June 13, 1997
Filed: July 14, 1997

————————

Before MURPHY, LAY, and NORRIS,[1] Circuit Judges.

————————

PER CURIAM.

Susan Romeo was employed as an executive assistant at Seagate Technology, Inc.  After she left her position, she brought this damage action alleging gender discrimination, sexual harassment, retaliation, defamation, and breach of contract.  The

---

[1]The Honorable William A. Norris, United States Circuit Judge for the Ninth Circuit, sitting by designation.

district court[2] granted Seagate's motion for summary judgment.  After a careful review of the record, we affirm on the basis of the district court's opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.